# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE CINTROI DAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-18-585-M |
| DAVID PRATER, et al., | ) |
| Defendants. | ) |

## ORDER

On August 6, 2018, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action. The Magistrate Judge recommended that this action be dismissed without prejudice. Plaintiff was advised of his right to object to the Report and Recommendation by August 27, 2018. A review of the file reveals plaintiff has filed no objection.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 8] issued by the Magistrate Judge on August 6, 2018, and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 13th day of September, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE